UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RAYMOND GONZALEZ,
        Plaintiff,

**DECISION & ORDER**
04-CV-6032

v.

JAMES CONWAY, et al.,
        Defendants.

---

Currently before the Court is plaintiff's motion for a status of plaintiff's award (Docket # 116). This motion was disposed of by Judge Siragusa's Order for Attorneys' Fees (Docket # 118). Therefore, plaintiff's motion for a status (Docket # 116) is **denied** as moot.

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:    March 22, 2017
           Rochester, New York

1